UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60850-CIV-DIMITROULEAS

HOWARD COHAN,

    Plaintiff,

vs.

CORAL SPRINGS VENTURES, LLC.,
A Florida Limited Liability Company
Doing business as
I Heart Mac and Cheese,

    Defendant.
_____/

## FINAL DEFAULT JUDGMENT

This cause is before this Court pursuant to Plaintiff's Motion for Entry of Final Default Judgment [DE 15], filed on July 23, 2024. The Court has carefully considered the Motion and the record and is otherwise fully advised in the premises.

The Court granted the Motion in an Order entered separately today. Pursuant to Federal Rule of Civil Procedure 58(a), the Court enters this separate final judgment.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

Final Judgment is entered in favor of Plaintiff, HOWARD COHAN, and against Defendant CORAL SPRINGS VENTURES, LLC a Florida Limited Liability Company d/b/a I HEART MAC AND CHEESE ("Defendant") in the form of a declaratory judgment and injunctive relief, and for attorney's fees and costs in the amount of Six Thousand One Hundred and Seven Dollars and Forty Cents **($6,701.40)**, for which sum let execution issue forthwith.

The Court issues a declaratory judgment finding that Defendant, CORAL SPRINGS VENTURES, LLC, is in violation of Title III of the Americans With Disabilities Act, 42 U.S.C. § 12181 *et seq.*, at the property it owns and/or leases at 1500 SE 17th St, Fort Lauderdale, FL 33316 ("the Premises"). The Court orders Defendant, CORAL SPRINGS VENTURES, to comply with all sections of the ADA and the 2010 ADA Standards for Accessible Design ("ADAAG") no later than six months from the date of this Order. Without limiting the foregoing, Defendant, CORAL SPRINGS VENTURES, LLC, must rectify the following issues identified in the Complaint:

**Outdoor Seating**

a. Failure to provide seating for a person(s) with a disability that has the correct clear floor space for forward approach in violation of 2010 ADAAG §§ 902, 902.2, 305 and 306.

b. Failure to provide a sufficient amount of seating when dining surfaces are provided for the consumption of food or drink for a person(s) with a disability in violation of 2010 ADAAG §§ 226, 226.1, 902, 305 and 306.

**Unisex Restroom**

c. Failure to provide proper signage for an accessible restroom or failure to redirect a person with a disability to the closest available accessible restroom facility in violation of 2010 ADAAG §§ 216, 216.2, 216.6, 216.8, 603, 703, 703.1, 703.2, 703.5 and 703.7.2.1.

d. Failure to provide operable parts that are functional or are in the proper reach ranges as required for a person with a disability in violation of 2010 ADAAG §§ 309, 309.1, 309.3, 309.4 and 308. (door lock)

e. Failure to provide the proper insulation or protection for plumbing or other sharp or abrasive objects under a sink or countertop in violation of 2010 ADAAG §§

606 and 606.5.

f.  Failure to provide the correct opening width for a forward approach into a urinal, stall door or lavatory (sink) in violation of 2010 ADAAG §§ 305, 305.7.1, 404, 605.3 and 606.2 (trash)

g.  Failure to provide paper towel dispenser at the correct height above the finished floor in violation of 2010 ADAAG §§ 606, 606.1 and 308.

h.  Failure to provide mirror(s) located above lavatories or countertops at the proper height above the finished floor in violation of 2010 ADAAG §§ 603 and 603.3.

i.  Failure to provide proper knee clearance for a person with a disability under a counter or sink element in violation of 2010 ADAAG §§ 306, 306.1 306.3, 606 and 606.2

j.  Failure to provide sufficient clear floor space around a water closet without any obstructing elements in this space in violation of 2010 ADAAG §§4.22.3, 603, 603.2.3, 604, 604.3 and 604.3.1. (trash can)

k.  Providing grab bars of improper horizontal length or spacing as required along the rear wall in violation of 2010 ADAAG §§ 604, 604.5, 604.5.1 and 604.5.2.

l.  Failure to provide grab bars at 33 inches minimum and 36 inches maximum above the finished floor measured to the top of the gripping surface in violation of 2010 ADAAG §§ 609, 609.4 and 609.7. (rear)

m.  Failure to provide grab bars at 33 inches minimum and 36 inches maximum above the finished floor measured to the top of the gripping surface in violation of 2010 ADAAG §§ 609, 609.4 and 609.7. (side)

n.  Failure to provide toilet paper dispensers in the proper position in front of the

     water closet or at the correct height above the finished floor in violation of 2010 ADAAG §§ 604, 604.7 and 309.4.

o. Failure to provide the water closet in the proper position relative to the side wall or partition in violation of 2010 ADAAG §§ 604 and 604.2.

**Indoor Restaurant Seating**

p. Failure to provide seating for a person(s) with a disability that has the correct clear floor space for forward approach in violation of 2010 ADAAG §§ 902, 902.2, 305 and 306.

q. Failure to provide a sufficient amount of seating when dining surfaces are provided for the consumption of food or drink for a person(s) with a disability in violation of 2010 ADAAG §§ 226, 226.1, 902, 305 and 306.

Defendant, CORAL SPRINGS VENTURES, LLC, shall complete and serve upon Plaintiff, HOWARD COHAN, Form 1.977, including all required attachments, within 45 days of the entry of this Final Default Judgment, and the Court shall retain jurisdiction to compel Defendant to complete Form 1.977 and serve it on Plaintiff.

The Clerk is **DIRECTED** to mail a copy of this Order to Defendant at the address below.

The Clerk is **DIRECTED** to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 7th day of August, 2024.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:

Counsel of record

CORAL SPRINGS VENTURES LLC
c/o SUKHMAN, LANA
10468 TRIANON PL
WELLINGTON, FL 33414